# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

JAQAVICE DEONNELL GRACE,

        Defendant-Appellant.

UNPUBLISHED
January 14, 2016

No. 322653
Saginaw Circuit Court
LC No. 14-039775-FC

ON RECONSIDERATION

Before: METER, P.J., and BORRELLO and BECKERING, JJ.

METER, P.J. (*concurring in part and dissenting in part*).

Consistent with my dissent to the order granting reconsideration, I concur in all parts of this opinion except that dealing with the scoring of PRV 7, and I continue to adhere to the analysis of that issue set forth in our original opinion.

/s/ Patrick M. Meter

-1-